**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

PATRICIA A. GIBSON,
    Plaintiff,

vs.

Case No. 8:10-cv-1472

WEST ASSET MANAGEMENT, INC.,
    Defendants.
                                  /

## STIPULATION OF DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, by their undersigned attorneys, that the above cause may be dismissed with prejudice, each party to bear its own attorney's fees and costs; all liens and subrogated interests to be paid by plaintiff out of the proceeds of the settlement herein.

DATED this   30th   day of September, 2010.


By:   s/ G. Donald Golden
G. DONALD GOLDEN, ESQ.
Florida Bar No. 0137080
THE GOLDEN LAW GROUP
808-A Oakfield Drive
Brandon, Florida  33511
Telephone:  (813) 413-8700
Facsimile:   (813) 413-8701
E-Mail:  don@brandonlawyer.com
Attorney for Plaintiff

By:   s/ Dayle M. Van Hoose
DAYLE M. VAN HOOSE, ESQ.
Florida Bar No.: 0016277
Sessions, Fishman, Nathan
& Israel, L.L.C.
3350 Buschwood Park Drive
Suite 195
Tampa, FL 33618
Telephone: (813) 890-2463
Facsimile: (866) 466-3140
E-Mail: dvanhoose@sessions-law.biz
Attorneys for Defendant,
West Asset Management, Inc.